**Exhibit A to the Complaint**

**Location:** Rockledge, FL  **IP Address:** 71.43.172.50
**Total Works Infringed:** 79  **ISP:** Spectrum Business

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 3AB4379E04C0DE3E0E2DEC5D57D1E2734620A57F  File Hash: BE3492729C0629A0CA3B64EA8DDC9C3921289208476737232A7644831F847EE7 | 12/03/2020 15:42:39 | Blacked | 11/07/2020 | 11/24/2020 | PA0002265966 |
| 2 | Info Hash: E4CB6256C753527AFD99F2CDE9C142EFC3DFC762  File Hash: B0B86DCE9782548DE9C033D2FA8D30F4BAEF4A6CEB45F24547E3C0191081AE1C | 02/01/2021 08:28:30 | Vixen | 01/15/2021 | 02/02/2021 | PA0002280500 |
| 3 | Info Hash: 134C3C72999D0D6D1AADFBCF9C151A452BD72CC6  File Hash: 4D15C414DAFF0D6EC779CB66C76B2B7066E7EB4A36E8CEED9F34453A28C94659 | 01/22/2021 15:27:15 | Blacked | 01/09/2021 | 02/09/2021 | PA0002276152 |
| 4 | Info Hash: 36FD6749FE3D3133128EF029EBB265F3A1E4FF00  File Hash: B5A87122E0781EC7708AE5554185460497AAB213DCB856A35968E05460B15041 | 01/20/2021 07:47:06 | Blacked | 11/14/2020 | 11/30/2020 | PA0002266362 |
| 5 | Info Hash: 34E4DA6E5D1F0861B3294B6E641601FCDB2271B9  File Hash: C4F26B7087B8C215108FF4593137C894F403D2940B13FE7A97453FAB61C34E23 | 01/11/2021 02:19:35 | Blacked | 12/12/2020 | 01/04/2021 | PA0002277035 |
| 6 | Info Hash: 09D65CC86F342595894E6E1AAC1BE37224B9F637  File Hash: 2A8F20D68655A1CAE08353247050546D2AB13AADF18DFAE66DE218D7F169C6DB | 10/27/2020 12:58:58 | Blacked | 09/26/2020 | 10/22/2020 | PA0002261801 |
| 7 | Info Hash: D87F96E2DE48F924F8E375EE26C21F6ECABC68A1  File Hash: BAFDCF065640195A34352C75C9069D68D4BDB897336C2EA90EA7870F373D04C8 | 10/21/2020 08:12:05 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |
| 8 | Info Hash: 1F2C5F4B6B5C68130A465DC3DFDDB762C9FD8F8E  File Hash: 9BA7602C4DC7C8C5E2B2E278331BAD07FB7B0F1F7FB7BC3A2CB4DDB75E035D85 | 10/18/2020 12:14:55 | Vixen | 09/18/2020 | 09/29/2020 | PA0002258680 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 8DB9EC78C88E36FC24486522F2A5C2E5F12223E8<br>File Hash: B19A335B6031BFB4D4E2787025F321201601C15E66C4AFD29DD3F6EF03E32F66 | 09/24/2020 06:48:32 | Vixen | 06/12/2020 | 06/25/2020 | PA0002256359 |
| 10 | Info Hash: C695EDFA34BDA5089F0EC37C361E56A8C5CF5878<br>File Hash: DFB96246FAF43B88B6AA8D9ECE6BD4CF7DB5EFB3E416CA5A9C08219EDCA0C24B | 09/22/2020 06:29:51 | Blacked | 07/04/2020 | 07/20/2020 | PA0002248966 |
| 11 | Info Hash: 6BA60D4D83B3F11F94BB508EF9AE281ACD35AE34<br>File Hash: A0A915C3C3204DB34AB91A6E7E8EC17709891AD8C7238729C69B0864500944CA | 09/20/2020 14:30:41 | Tushy | 06/21/2020 | 08/03/2020 | PA0002259102 |
| 12 | Info Hash: 119A6FA2D5848F4B7E5E89001A14EF5819EDD23A<br>File Hash: C381D6C9B178E0BAA8687E4D702D144D9CA50E4233E637060571F4FBFFB6F68A | 09/20/2020 11:59:15 | Vixen | 07/13/2019 | 08/02/2019 | PA0002192302 |
| 13 | Info Hash: A9B652891F923FA4B1F6090BABF9E9299A23C6A4<br>File Hash: 948398B9693BBBF102BD10D0BCEA42798BB70A3DDCAC20A0A1F9F8252076F9B2 | 09/16/2020 06:40:14 | Blacked | 06/27/2020 | 07/17/2020 | PA0002248593 |
| 14 | Info Hash: FCB549F603421D845CA6D561B936B458E6EB795A<br>File Hash: 62ACD10B7CEEF974448C07E4E552484EDC7229EBBFB82B3DABFFB38BD045AC69 | 08/30/2020 09:47:46 | Blacked | 07/18/2020 | 08/11/2020 | PA0002252258 |
| 15 | Info Hash: FE40068721B8C39DFA9D4D697B7CF1183C3480F5<br>File Hash: 58D0CD91457C892615EE2B35A9FEB569E9C8E3818795F54C610DE4B923F4E4EB | 08/27/2020 15:00:52 | Blacked | 07/11/2020 | 07/20/2020 | PA0002248959 |
| 16 | Info Hash: FECD3CCD086C37EEB48BFFBDD535FAE85BC0FA92<br>File Hash: 34E9362340A0525EE9FD2683F4C942C7C028193AA5AC968E9D2DF80AA8B7273E | 08/27/2020 11:57:50 | Blacked | 08/01/2020 | 08/11/2020 | PA0002252255 |
| 17 | Info Hash: DC11A3E39353FC4FD9446FB958A023FE9A8D340F<br>File Hash: 8FE25286311ADF57DA8AD0D738E02DBC1C172F5454ABE2FC4B243D6219751C67 | 08/27/2020 08:38:28 | Blacked | 06/20/2020 | 07/17/2020 | PA0002248594 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 823A7162BA082516F12631D88A05996DB8DA64A9<br>File Hash: 6CC99937667CD2FCA5E07F32BB7D0198862327111718E6040B3BC69C72D0D258 | 08/15/2020 12:54:38 | Blacked | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 19 | Info Hash: 92F100D13ABA3A409D4CB6ABC2B24723AF8C693D<br>File Hash: 1B0B838BB4988A0F4005BC95DFCAE8DE658E6F0ED2004E0348F00F3E5F22B2B8 | 08/10/2020 13:26:29 | Blacked | 05/02/2020 | 05/19/2020 | PA0002241471 |
| 20 | Info Hash: 47DD381C88E056FF42624B981E39EF41F9D0D1FC<br>File Hash: 6D42056DCAD5B1C0C6C6E369DAF45DD568C56B522B9D19E07A59EC677C3A0884 | 07/08/2020 08:25:35 | Blacked | 03/05/2020 | 04/15/2020 | PA0002246102 |
| 21 | Info Hash: 8FFA898B2223F0A11776B90689F0C8CE0ABF0DAB<br>File Hash: 1C9DC840D9E042EFF6A3BEDAC8D901D63DF6BDCCA4A91E0D5C7CF2280CA0D3BB | 06/18/2020 11:28:16 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 22 | Info Hash: A799878765832A277C65FB1F9AD5AE8D594F1ED4<br>File Hash: 644AB34A0CDB356C03C6891C409E39387C6798A62E8CC2B4F90837CCD272F86B | 06/18/2020 10:50:04 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |
| 23 | Info Hash: 10D79E06573B7390379B567DBB92AB9A79E90943<br>File Hash: 40208A840292C997ED3725A15D4EBBECB53E1EF4ED1F21F7E398BCD2A6A3C443 | 06/18/2020 07:01:10 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 24 | Info Hash: 7FA997F47BF11322F021D24C8723A443416B648D<br>File Hash: 605C3ECCF85B264E024EBB0503A552E7FECE603972FE9C1ED99B11DB58C92547 | 06/10/2020 10:17:56 | Blacked | 02/09/2020 | 03/18/2020 | PA0002241446 |
| 25 | Info Hash: A06A9A15C1E92017AF8A986640C85CAD25CE9DC1<br>File Hash: 46FEC717655D2B9464FF3F06AB9236D57F9CE5B0718AE8F9DC657EC1C2817D12 | 05/26/2020 13:11:30 | Blacked | 01/30/2020 | 02/20/2020 | PA0002237624 |
| 26 | Info Hash: A96E15624A7DC7EBC246B11E0E6C448D785EB836<br>File Hash: 5A0ADBA8C9A43A01DEC1C9FE51D16254C2448235709D089A01B227A6AF297A1E | 05/10/2020 07:48:01 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: B15AEC60462BFBEC3BEB90520210736FF6DAC0B2<br>File Hash: F2FFF02D7544C74634BDF0F876D30AFA75E8B1AC1563843C06FCF5E046934377 | 05/06/2020 08:22:00 | Blacked | 01/05/2020 | 02/03/2020 | PA0002225565 |
| 28 | Info Hash: 53899240386726278E3748D184788BDA2D514934<br>File Hash: 3DB1A60532777748B0CDD51F470BC1997D18EEC914312A1540734BE202A5B859 | 05/06/2020 08:11:23 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |
| 29 | Info Hash: 6D6193F0C057B0F3C18FC0CB3B1A80853041ADED<br>File Hash: 44F413BAED22D9298F3254BD630E26FC5263D42429DEB597D298E72F6438D61D | 04/19/2020 13:54:10 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 30 | Info Hash: 263D11C79580408D4B52ED5DE10FFFFD8DEFCB71<br>File Hash: 79B4AAAC410E5E0EC7DC7E0A29DD342F0444CD533F82C9970302631932F19AC0 | 04/17/2020 12:44:33 | Blacked | 12/26/2019 | 01/27/2020 | PA0002223955 |
| 31 | Info Hash: 96AB2B38744F74645BB43BC5C91FF83B1FDFD5BF<br>File Hash: CD0193584742A5F0CEFA8A55B9A3A47B4D15868DAD382CA3E1258616088D1023 | 03/08/2020 04:07:24 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 32 | Info Hash: C0E85250C4665B97E6430774E95F95EEF1572F2C<br>File Hash: 7B580766221DC503AD8D48F278FD435863C1F65ACFFF34CB8FF1A5C4A55781CF | 02/03/2020 03:38:39 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 33 | Info Hash: 8AF057A71B16809ABB2373C92E2E7B42AA5699EB<br>File Hash: C0181F36C3013FF1D765B265F84D3A0BA0EA45D50138FB714BB392BF125730AF | 12/27/2019 21:23:40 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 34 | Info Hash: A9D920AC4B609531A8B0CFD947B0922A06463888<br>File Hash: 9C26A6317B6364A827E584CAAC25A9AC9A36801DC96D3C5870789E6D52380594 | 12/01/2019 13:16:09 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |
| 35 | Info Hash: 1966DD7D52A5FA98961A28CB9CAFB81EEBDBFD2A<br>File Hash: 45C2649F6F7F08AA46A93D1D5086BDF7702AA909526AE3D7D7984F1654F6F0C6 | 12/01/2019 08:15:32 | Blacked | 11/11/2019 | 11/27/2019 | PA0002213994 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 394C61DBB1F7AE37235312328E8EA8D997C00B8D<br>File Hash: 353FEF6A78480786CB531A4AFC7F59D196EC18C5E430A53E37FAE917F3E9EE3C | 11/26/2019 04:49:26 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 37 | Info Hash: C7EFF333A469DA5233B6600891C3DE5D2D567A6B<br>File Hash: 0D91C08743085C2957F0C3B154B188EC1B91644CA0A214B5433626C30B8725F2 | 11/26/2019 04:38:33 | Blacked | 10/12/2019 | 11/05/2019 | PA0002227087 |
| 38 | Info Hash: 4C3B0F9B5F2EA7CDE8E3FB6708E6F18FEE8FCD78<br>File Hash: 87334121CFE7FF54DBBEDE1CD5174BABE2A323BE1D22D51A3241CF88C2A542C2 | 10/24/2019 06:26:11 | Blacked | 10/07/2019 | 10/21/2019 | PA0002207742 |
| 39 | Info Hash: 2FC3F09B947E9E86BB127C09DAE7DB9FAE18FD4A<br>File Hash: 671B982103377F6C3E28954833E87D419208E318DC2F390CDB2A101A47F67ADB | 10/06/2019 21:48:57 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 40 | Info Hash: FE1338CBCA830E3405AB4200C9EBC6C5093DFBB1<br>File Hash: 7971AB0F46A661F7B4E85333BD8D68AEF8266A8BDE7C4D19BE8BEA6A7A5C7E7F | 09/11/2019 23:29:52 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 41 | Info Hash: E3A8C18869DAC69874DC78556D8EE2B1BA4AC5EA<br>File Hash: 80FD8819A29C3FD8D153E45E10848D0C7A481FF71B7CB02776C1154E17D5BEAE | 09/11/2019 23:14:58 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 42 | Info Hash: 20EEC6FEA5F9C7D469DA65D3F0A0E01D64F17155<br>File Hash: 6C572A6A6F1217AAB32C6E96E50909C85B40CEC071EA2263A9F07C30651F4DCD | 09/08/2019 00:16:58 | Blacked | 08/28/2019 | 09/13/2019 | PA0002200704 |
| 43 | Info Hash: FABF2467D0C024206D5BBC8599E1CB1E5117BD8C<br>File Hash: 0D56B09BFA1A7F1253A3C347EC14B6DDAF53EDE7BDB224F3C9B8CCB559B97559 | 08/06/2019 23:42:58 | Blacked | 07/14/2019 | 08/02/2019 | PA0002192303 |
| 44 | Info Hash: 518A1526D57B2B324D29D87CF7E4C0ECD1A6DEE8<br>File Hash: E665A2A479A43591819B20606F9D98749AE93D42A218D1AC127018BBE0B60A4D | 08/03/2019 00:16:33 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 5527B59E82F936FAFB68C6E1A30C53CDE6FDD4D4<br>File Hash: EDC16D2821028FC256DCE9EE33E07EAD98248D08B7EC171B85C35AF9D814473A | 07/21/2019 13:03:52 | Blacked | 12/26/2018 | 02/02/2019 | PA0002155307 |
| 46 | Info Hash: 6A3BE07313D1C03371ABCC46EAF6BFE12FE50820<br>File Hash: 620CE75BBCA068FD4939E55ED6508ACA1832F425A4A705AE45DF5AEB037FDC7F | 07/21/2019 10:09:27 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 47 | Info Hash: 9C1D2FEC109870811C76068186E84BE13F50FC57<br>File Hash: 952DF8FE977B8EF61C6C73CFC20826AE1217F8F30DE1E880DB32ED3420A4062E | 07/21/2019 09:56:20 | Blacked | 06/19/2019 | 08/27/2019 | PA0002213298 |
| 48 | Info Hash: 4CFCD4A417821FCFCD79A36FA4B8E445497B61BB<br>File Hash: 321968D700111022299000B4A423C842F1148E917FE15681BEBABE12F54EB66E | 07/03/2019 01:04:44 | Tushy | 03/22/2019 | 04/08/2019 | PA0002164887 |
| 49 | Info Hash: BA5992EF282C95F2A6CBE045F25C6D39F676D617<br>File Hash: C06A6609E3EF1D9957596CFF60D813DE7EEA47C713B60D115BB80DA4BB8BC5D2 | 06/30/2019 23:55:29 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 50 | Info Hash: 76B9C533ADBC94CFE927351887D458F07F066142<br>File Hash: F1204C63BD3B98D30BE1E6B601D1258B96590E7CD13CF8136B20DD46F60F3678 | 06/30/2019 23:00:34 | Blacked | 04/20/2019 | 05/28/2019 | PA0002200782 |
| 51 | Info Hash: 1254BA4AAEE693A919416E31EEB6C34FCD193E8A<br>File Hash: 9FFC20C654174ED3F420224D0F041EFE19479564ABDBFFF760DB3852AF957A4C | 06/30/2019 21:51:58 | Blacked | 06/04/2019 | 07/17/2019 | PA0002188309 |
| 52 | Info Hash: 680EE371B7800325E30411D1F71804CA76112ECB<br>File Hash: 2502A266973A3BDE9DCF00310969C52A9ED145D7457446FE671BE56CD7FA5245 | 06/28/2019 23:53:25 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |
| 53 | Info Hash: ABEC75B73C6CC2BC39AF22DB3C2A3E12D85AE1B2<br>File Hash: 608D6A71B9329303CFAAF58945C17ECDB72EE78FAAAB7CB505417EE7AA2B5E6F | 06/22/2019 23:29:12 | Blacked | 04/25/2019 | 05/28/2019 | PA0002200766 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 246AAA9C4401D4F5F3CB7E77E2D0250BD501A1DA<br>File Hash: 906A4DEAA80AB7DC31B7D101C0E5421CD70D30B3578A5166299EB47F657CB13A | 06/17/2019 22:22:16 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 55 | Info Hash: 76231454D899B4069C1B148480D5DDA706DA22E4<br>File Hash: 5FBF5BBE258A262C1E6F4ADFE7ABA4598646CEBB3961063018588547E6B5AB92 | 05/12/2019 19:18:42 | Blacked | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 56 | Info Hash: 204B1E77C256925B38991A6736197AEB1DC773B2<br>File Hash: A9966A29ABBEAB9744ADBB9FA07C32D3244269C54804B227B7E3F1B81EB95850 | 05/12/2019 19:12:44 | Blacked Raw | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 57 | Info Hash: CD84E9D7A2D55CE98BE7297A4140C558FDB00AE9<br>File Hash: FA43F1907EEF527306AF185B64AD0C44C270B0112B1BA43234ABC44D921917CD | 03/31/2019 04:36:11 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 58 | Info Hash: B2916B3B35D5890D5AE8987528CC1536F66D6F62<br>File Hash: 6002D9416DDDA10FEEE3D87DE1AD9B361026B56A555C7D5AEF6850547A26F86E | 03/31/2019 04:20:38 | Blacked | 03/21/2019 | 04/17/2019 | PA0002186999 |
| 59 | Info Hash: 230A6D45AD01B4CC67F19BABB58E68B928C42502<br>File Hash: 0514D07FB08BE468DC58262E31A69232E4D3FF1697271B02E7E5B031B399976B | 03/25/2019 23:05:56 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 60 | Info Hash: C351A7453B8A63DC8358391C8707EF05BC3C2442<br>File Hash: 8D4F816804B11B0FE7017B789DBBA188AA09744148CA73DEC2B8FE198B49C6FF | 02/15/2019 08:07:05 | Vixen | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 61 | Info Hash: AF903E7F565249D48160FF028A27C732D3441983<br>File Hash: 24249F5547FD28DABDBC11B884B8DD8B3BF26E6C68A65AD35028D3F9F93272BC | 02/15/2019 02:25:19 | Blacked | 02/13/2019 | 03/11/2019 | PA0002158597 |
| 62 | Info Hash: 2E46FF044A923ACA9A22A3CF9678FC35937473F7<br>File Hash: 10E9BF49FB021199F5915643B93CEFF9BE65B44B9B7A81DC8C464E7F15EC090A | 01/16/2019 04:33:19 | Vixen | 12/10/2018 | 01/22/2019 | PA0002149491 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: B0BD8522791507BF21518F763FBAE2D04009166C<br>File Hash: BE9399E4C9B8277D1C6EC110BE1D0AF0F6C50CDBD16E0A00ADD6C46AB999C6FC | 01/12/2019 00:42:57 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 64 | Info Hash: 5C41147F4C253F602DE8A0B9E24AC739139DE7E1<br>File Hash: 44ACA84AD127766A3FD50784B34027DAEB742B7A1DA164A179D74B274BB261DA | 01/12/2019 00:42:57 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 65 | Info Hash: 6F7F2747E89912D8C18566274565E417A1960FB7<br>File Hash: 8F662F522286F69180CA29ED3D754BE73FAFEA750278BB9102C120C6FAFC2A48 | 01/01/2019 04:44:27 | Blacked | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 66 | Info Hash: BD868A1663464864553F9654B8618A77F10B044C<br>File Hash: B14DD3D2A634169ADB9B352F68EACF58B446708F54C5D200EDC56290D8E94C75 | 01/01/2019 04:17:00 | Blacked | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 67 | Info Hash: 79B11A923505F1BC77096092FC15A850FB55AC88<br>File Hash: CE9BC48C36CC9FE2559D73BF7923B6D3DA2BA43C5494FD8D18C13EE99C0A558E | 01/01/2019 03:47:11 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 68 | Info Hash: 8A9AB1F64463E581A779AAE573B6ACC9EF49BBD6<br>File Hash: F264D22475CAEB917C41AEAE49A25FF4DEF43A0EA5457CD6430336DC8A40DD78 | 01/01/2019 03:05:46 | Blacked Raw | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 69 | Info Hash: 5664E9408455BC6288796B7577D954C7E7550DDD<br>File Hash: A0746DF0560BDD0BAEC16D8E03CE1959392D19D51D0E29C68340EC5ECB1726F8 | 01/01/2019 03:04:40 | Blacked Raw | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 70 | Info Hash: 4D526BC49BE1229E1E24E019F463CA502688EE61<br>File Hash: E40F04B1BB719F6EC59A74877FC16982D1B133F1B19621111F6DBEA64C7C756C | 01/01/2019 02:52:25 | Blacked Raw | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 71 | Info Hash: F321BC4698415B1A78E5ACA561998B3AC2F101B2<br>File Hash: 91ACAC91088A53244B940D06287FDBC0B9D23D0FB4C7E8C462B506055AEFBF6C | 12/28/2018 04:00:00 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: E7EFEE78BB7AF187945D9250D5CA886E6869E755<br>File Hash: 399BEE228417F1199983A487545D05F1AF470D5A375DA73ACB32E6D0C4D5ADCB | 12/28/2018 02:55:27 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 73 | Info Hash: 7F82B5FE34ED565A2E71131B6DD7AC8E219F3ECA<br>File Hash: 43F37A806765EC617FC4BADD18E0FBAC0898F68D118FC4125A1323966BA72E13 | 12/19/2018 00:56:27 | Blacked | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 74 | Info Hash: 8FEF4F99B0A71B34DCEC372DE9078F35A4019D6B<br>File Hash: D6F0F1429C26735113C7896F3144E57C13A5F45BBB1670F4CD37BB48777151B6 | 12/19/2018 00:38:26 | Blacked | 07/29/2018 | 09/05/2018 | PA0002135679 |
| 75 | Info Hash: 511C7F11A60ED930504DEEC07273BB24BD01EE80<br>File Hash: E3DC88EC9DF3BB5855935CB7493B20871AFF903EC4E4024D2D5BB7126A2F1A95 | 12/10/2018 03:42:19 | Tushy | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 76 | Info Hash: 5763D19CEF8D380F607D6E8E2634AFC4DD0BA089<br>File Hash: F8E603B58CD2D002BCCD59711EAFAF31CF56117D554BFD929867017451056993 | 12/08/2018 00:02:35 | Blacked | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 77 | Info Hash: B7B67E3BB319DA7CCC20F49FDEEFB1453D45DD75<br>File Hash: CEAB41B3E7AC5F3EDD05B7347B822BEE3385F5BD66BACF239786E2116AA67CC0 | 12/06/2018 23:06:20 | Blacked | 11/01/2018 | 11/25/2018 | PA0002136644 |
| 78 | Info Hash: 411399E12D72B77BF41A222B127412F63BE35AB8<br>File Hash: 6042D19A5936454A0F3A4D2CF76D1AC4F59194B203647A31340E72F86680089B | 12/02/2018 01:18:03 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 79 | Info Hash: 8A8DF88281CE0785D71C06AF8B975C595E038709<br>File Hash: D246E6DD3ABCF2D52C2E160F65516F3FB80AE11AC81108ADAD143B6AD467F1FB | 11/29/2018 04:08:54 | Blacked | 10/12/2018 | 10/28/2018 | PA0002130455 |